DAVIS v. McMILLIAN

No. 470P02

Case below: 152 N.C. App. 53

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

DEMPSEY v. JOHNNY'S MOBILE HOME SERV. OF ASHEVILLE, INC.

No. 645P02

Case below: 154 N.C. App. 520

Petition by defendant (Johnny's Mobile Home Service of Asheville) for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Justice Orr recused.

DEPARTMENT OF TRANSP. v. HILLIARD

No. 257P02

Case below: 149 N.C. App. 972

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

DONOHO v. CITY OF ASHEVILLE

No. 560P02

Case below: 153 N.C. App. 110

Petition by defendant (Western North Carolina Regional Air Pollution Control Agency) for discretionary review pursuant to G.S. 7A-31 denied 6 December 2002. Petition by defendant (City of Asheville) for discretionary review pursuant to G.S. 7A-31 denied 6 January 2003. Petition by defendant (City of Asheville) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 January 2003. Motion by plaintiffs to dismiss petition for discretionary review dismissed as moot 6 January 2003.